WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

NOV 0 2 2012

TONY R. MOORE, CLERK
BY _____
    DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | * | CRIMINAL NO. 6:09-0102 |
|---|---|---|
|  |  | CIVIL NO. 6:12-0323 |
| VERSUS | * | JUDGE HAIK |
| STEPHEN LACOMBE | * | MAGISTRATE JUDGE HILL |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Stephen Lacombe's Motion to Correct Illegal Sentence [rec. doc. 43] filed pursuant to Title 28 U.S.C. § 2255 be **DENIED AND DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 2nd day of November, 2012.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE